## United States District Court for the Northern District of Illinois

Case Number: 07cv6926   Assigned/Issued By: j. n.

Judge Name: KENDALL   Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2387390

Date Payment Rec'd: 12-10-07   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__4__ Original and __4__ copies on _12-10-07_ as to CALVIN CHATMAN; JAMES
                                      (Date)
ECHOLS; HARRY MATHEOS; DIMITRIOSJ LAMPERIS
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05