IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 07 C 6926 |
| v. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | MAGISTRATE JUDGE KEYS |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOS LAMPERIS, Star 20718, | ) | |
| | ) | |
|     Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until February 29, 2008, and in support states:

    1. Plaintiff filed his six-count complaint on December 10, 2007. The complaint alleges federal claims under 42 U.S.C. § 1983 against four Chicago Police Officers as well as Illinois state law claims for Malicious Prosecution, and *Respondeat Superior* and statutory indemnification against the City.

    2. Plaintiff's complaint and summons were served on the City on or about December 28, 2007.

    3. Counsel for the City received the complaint on January 22, 2008 six days after the day the City was due to answer or plead in response to Plaintiff's complaint. However, the City is still in the process of investigating all of the allegations in the complaint and gathering and

1

examining the pertinent records.

4. Therefore, the City requests until February 29, 2008, to answer or otherwise plead in response to the complaint.

5. Plaintiff's counsel has agreed to the extension of time requested herein, and therefore will not be prejudiced by this motion.

6. As far as can be determined, this motion will not unduly burden the court's management schedule.

7. This the City's first request and it is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiffs' complaint.

WHEREFORE, Defendant City requests this court to enter an order granting an extension to February 29, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

    Respectfully submitted,

    MARA S. GEORGES
    Corporation Counsel of the City of Chicago

By:    */s/ Gail L. Reich*
    Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564