IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALPHONSE MATTHEWS,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO, Chicago Police Officers<br>CALVIN CHATMAN, Star 5532,<br>JAMES ECHOLS, Star 12329,<br>HARRY MATHEOS, Star 18599, and<br>DIMITRIOS LAMPERIS, Star 20718,<br><br>    Defendants. | No. 07 C 6926<br><br>JUDGE KENDALL<br><br>MAGISTRATE JUDGE KEYS |

**NOTICE OF AGREED MOTION**

To: Lawrence V. Jackowiak
   Louis Meyer, Dan Kiss
   20 N. Clark St., Suite 1700
   Chicago, IL 60602

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Plead.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 31st day of January, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

   **DATED** at Chicago, Illinois February 15, 2007.

                    Respectfully submitted,
                    Mara S. Georges
                    Corporation Counsel of the City of Chicago
                    By:/s/ Gail L. Reich
                    Gail L. Reich
                    Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Agreed Motion for Extension of Time to Answer or Otherwise Plead via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on January 25, 2008.

                                    /s/ Gail Reich
                                    Gail Reich
                                    Assistant Corporation Counsel