UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

1. Lawrence V. Jackowiak, Daniel P. Kiss, and Louis J. Meyer are attorneys of record for the Plaintiff. Gail Reich is attorney for the Defendant City of Chicago. No one has made an appearance yet for the Defendant-Officers.

2. This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1343. Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

3. The claims asserted in the complaint involve a section 1983 case dealing with unreasonable seizure, false arrest/imprisonment, civil conspiracy, and state law malicious prosecution, *respondeat superior* and indemnification claims. There are no counterclaims.

4. All parties have been served.

5. The major legal issues involve the alleged unconstitutional seizure and false arrest of plaintiff, as well as the nature and extent of any claimed damages.

6. The major factual issues involve Plaintiff's allegations that the Defendant-Officers searched and arrested him without probable cause..

7. A jury trial is expected.

8. Discovery has not yet commenced.

9. Parties will be ready for trial after the filing of the final pretrial order.

10. The parties do not unanimously consent to proceed before the Magistrate Judge.

11. Settlement discussions have not yet taken place. Plaintiff does not request a settlement conference at this time.

-2-

Respectfully submitted,

Dated: February 29, 2008

/s/Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
*Attorney for Plaintiff*


/s/Gail Reich
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
*Attorney for Defendant City of Chicago*