**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:   07 C 6926

Alphonse Matthews, Plaintiff
                    v.
City of Chicago, Chicago Police Officers Calvin Chatman, Star 5532, James Echols, Star 12329, Harry Matheos, Star 18599, and Dimitrios J. Lamperis, Star 20718, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Calvin Chatman, James Echols, Harry Matheos, and Dimitrios Lamperis, Defendants

| |
|---|
| NAME (Type or print)<br>Gail L. Reich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Gail L. Reich |
| FIRM<br>City of Chicago Department of Law |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06279564 | TELEPHONE NUMBER<br>312-744-1975 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐