**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Alphonse Matthews
                                Plaintiff,

v.                                         Case No.: 1:07−cv−06926
                                                     Honorable Virginia M. Kendall

City of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Defendant City of Chicago's Motion for an Extension of Time to Answer [20] is granted. Defendant may have until 3/14/2008 to answer or otherwise respond to the complaint. The 3/10/08 presentment date for said motion is stricken. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.