UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Alphonse Matthews
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06926
                                                     Honorable Virginia M. Kendall

City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Defendant City of Chicago's Agreed Motion for an Extension of Time [30] is granted. Defendant may have until 4/30/2008 to answer or otherwise plead to the Complaint. The 3/27/08 Status Conference is stricken and reset for 5/5/2008 at 09:00 AM. Joint Status Report due 4/30/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.