UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

1. Lawrence V. Jackowiak, Daniel P. Kiss, and Louis J. Meyer are attorneys of record for the Plaintiff. Anne Preston and Gail Reich are the attorneys for the Defendants.

2. This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1343. Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

3. The claims asserted in the complaint involve a section 1983 case dealing with unreasonable seizure, false arrest/imprisonment, civil conspiracy, and state law malicious prosecution, *respondeat superior* and indemnification claims. There are no counterclaims.

4. All parties have been served.

5. The major legal issues involve the alleged unconstitutional seizure and false arrest of plaintiff, as well as the nature and extent of any claimed damages.

6. The major factual issues involve Plaintiff's allegations that the Defendant-Officers searched and arrested him without probable cause.

7. A jury trial is expected. The parties anticipate the trial to take 3-4 days.

8. Plaintiff served Rule 26(a)(1) disclosures on April 11, 2008. Defendants to serve their Rule 26(a)(1) disclosures by May 16, 2008. The parties suggest 120 days to complete fact discovery. At this time, the parties do not anticipate the use of expert witnesses but reserve the right to name an expert at a later date as determined by the Court.

9. Parties will be ready for trial after the filing of the final pretrial order.

-2-

10. The parties do not unanimously consent to proceed before the Magistrate Judge.

11. Settlement discussions have not yet taken place. Plaintiff does not request a settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| Dated: April 30, 2008 | Date: April 30, 2008 |
| /s/Lawrence V. Jackowiak | /s/ Anne Preston |
| Law Offices of Lawrence V. Jackowiak | Assistant Corporation Counsel |
| 20 North Clark Street, Suite 1700 | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 795-9595 | (312) 742-4045 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |