IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Keys |
| Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | Jury Demand |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOSJ LAMPERIS, Star 20718, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants Calvin Chatman, James Echols, Harry Matheos, Dimitrios Lamperis, and the City of Chicago, by their attorney, Anne K. Preston, Assistant Corporation Counsel, respectfully request that this Honorable Court extend the time, up to and including May 14, 2008, to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

1. The undersigned was recently assigned to represent all Defendants in this matter. On April 24, 2008, the undersigned filed an appearance on behalf of all Defendants.

2. One of the Defendant Officers is currently out of the country. Therefore, the undersigned has not been able to meet with one of the Defendant Officers in order to answer the complaint and prepare one responsive pleading on behalf of all Defendants.

3. This request for an extension of time will not unduly delay the resolution of the disputed issues and will not delay discovery in this matter.

4.	Plaintiff's counsel has no objection to this motion for an extension of time.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant an extension until May 14, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,


 /s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel


30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 06287125

## CERTIFICATE OF SERVICE

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on April 30, 2008, in accordance with the rules on electronic filing of documents.

    /s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel