UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Alphonse Matthews
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06926
                                                   Honorable Virginia M. Kendall

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Virginia M. Kendall: Defendants' Agreed Motion for Extension of Time [35] is granted. Defendants may have through 5/14/2008 to answer or otherwise plead to the Complaint. The 5/7/08 presentment date for said motion is stricken; no appearance is required. The 5/13/08 Status hearing is stricken and reset for 5/14/2008 at 09:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.