UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Alphonse Matthews
                                  Plaintiff,

v.                                                           Case No.: 1:07−cv−06926
                                                          Honorable Virginia M. Kendall

City of Chicago, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

     MINUTE entry before Judge Honorable Virginia M. Kendall:Status hearing held and continued to 9/18/2008 at 9:00 am. All discovery shall be completed by 9/17/2008. Dispositive motions with supporting memoranda due by 10/15/2008. Response is due by 11/12/2008. Reply is due by 11/26/2008. Jury Trial set for 4/20/2009 at 09:15 AM. Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.