IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALPHONSE MATTHEWS,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF CHICAGO, Chicago Police Officers<br>CALVIN CHATMAN, Star 5532,<br>JAMES ECHOLS, Star 12329,<br>HARRY MATHEOS, Star 18599, and<br>DIMITRIOS LAMPERIS, Star 20718,<br><br>　　　　　　Defendants. | No. 07 C 6926<br><br>JUDGE KENDALL<br><br>MAGISTRATE JUDGE KEYS |

### DEFENDANTS' JOINT MOTION TO
### TO WITHDRAW APPEARANCE OF GAIL REICH

Defendants, the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and Defendant Officers, Calvin Chatman, James Echols, Harry Matheos, and Dimitrios Lamperis (collectively, "Defendants"), by Gail Reich, Assistant Corporation Counsel, respectfully requests that this Court permit them to withdraw the appearance of Gail Reich as counsel of record for Defendants. In support of their motion, Defendants state:

1. Gail Reich, Assistant Corporation Counsel, filed an appearance on behalf of the City of Chicago ("City") in this matter on January 25, 2008 and on behalf of Defendant Officers Calvin Chatman, James Echols, Harry Matheos, and Dimitrios Lamperis on February 29, 2008.  This case has been reassigned to Assistant Corporation Counsel, Anne Preston, who filed her appearance on Defendants' behalf on April 24, 2008.

2. Defendants seek to withdraw the appearance of Ms. Reich as their counsel of record.

3. This motion is not intended to cause any delay in the proceedings nor cause prejudice to plaintiff.

**WHEREFORE**, for the above-stated reasons, Defendants respectfully request that this Court grant their motion to withdraw Gail Reich as their counsel of record.

Dated: May 19, 2008

Respectfully submitted,

/s/ Gail Reich
GAIL REICH
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-1975
Attorney No.  06279564