IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 07 C 6926 |
| v. | ) | |
| | ) | JUDGE KENDALL |
| CITY OF CHICAGO, Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | MAGISTRATE JUDGE KEYS |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOS LAMPERIS, Star 20718, | ) | |
| | ) | |
|         Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Lawrence V. Jackowiak, Louis Meyer       Anne Preston
     Dan Kiss                                  City of Chicago Department of Law
     20 N. Clark St., Suite 1700               30 N. LaSalle St., Suite 1400
     Chicago, IL 60602                         Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION TO WITHDRAW APPEARANCE OF GAIL REICH**, a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on **May 27, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 19th day of May, 2008.

Respectfully submitted,

/s/ Gail Reich
GAIL REICH
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion and Motion to Withdraw Appearance of Gail Reich via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on May 19, 2008.

                                            <u>/s/ Gail Reich</u>
                                            Gail Reich
                                            Assistant Corporation Counsel