IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Keys |
| Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | Jury Demand |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOSJ LAMPERIS, Star 20718, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE THEIR ANSWER
TO PLAINTIFF'S COMPLAINT INSTANTER**

Defendants Calvin Chatman, James Echols, Harry Matheos, Dimitrios Lamperis, and the City of Chicago ("City"), by one of their attorneys, Anne K. Preston, Assistant Corporation Counsel, request leave to file their Answer, Defenses, and Jury Demand, to Plaintiff's Complaint, instanter, and state as follows:

1. On April 30, 2008, the undersigned filed a Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint until May 14, 2008.

2. The undersigned had a jury trial in front of Judge Moran from May 13-16, 2008. Due to the trial and some matters that arose in other cases, the undersigned attorney was unable to file Defendants' Answer, Defenses, and Jury Demand to Plaintiff's Complaint on May 14, 2008 and is just now able to do so.

3. Defendants ask leave of court to file their Answer, Defenses, and Jury Demand, a copy

of which is attached to this motion, instanter.

4. Plaintiff is not prejudiced by this request. The parties have exchanged Rule 26(a)(1) disclosures and are moving forward with discovery.

5. Plaintiff's counsel has no objection to Defendants' Motion for Leave to File Their Answer to Plaintiff's Complaint Instanter.

WHEREFORE, Defendants Calvin Chatman, James Echols, Harry Matheos, Dimitrios Lamperis, and the City of Chicago request leave to file their Answer, Defenses, and Jury Demand to Plaintiff's Complaint, instanter.

                                                Respectfully submitted,

                                                /s/ Anne K. Preston
                                                Anne K. Preston
                                                Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois   60602
312-742-4045
Attorney No. 6287125

## CERTIFICATE OF SERVICE

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE THEIR ANSWER TO PLAINTIFF'S COMPLAINT INSTANTER ,** to be sent via e-filing to the persons named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on June 4, 2008, in accordance with the rules on electronic filing of documents.

    /s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel