IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Keys |
| Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | Jury Demand |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOSJ LAMPERIS, Star 20718, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Lawrence V. Jackowiak
      Louis J. Meyer
      Daniel Kiss
      Law Offices of Lawrence V. Jackowiak
      20 N. Clark St., Suite 1700
      Chicago, IL  60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT INSTANTER**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 12th day of June, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 4th day of June, 2008.

                                            Respectfully submitted,

                                            /s/ Anne K. Preston
                                            ANNE K. PRESTON
30 N. LaSalle Street, Suite 1400            Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 6287125