**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALPHONSE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6926 |
| | ) | |
| vs. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Keys |
| Chicago Police Officers | ) | |
| CALVIN CHATMAN, Star 5532, | ) | Jury Demand |
| JAMES ECHOLS, Star 12329, | ) | |
| HARRY MATHEOS, Star 18599, and | ) | |
| DIMITRIOSJ LAMPERIS, Star 20718, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Lawrence V. Jackowiak
       Louis Meyer
       Law Offices of Lawrence V. Jackowiak
       20 N. Clark St., Suite 1700
       Chicago, IL 60602

       **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**, a copy of which is attached hereto and herewith served upon you.

       **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 17th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

       **DATED** at Chicago, Illinois this 11th day of September, 2008.

                                        Respectfully submitted,

                                        /s/ Anne K. Preston
                                        ANNE K. PRESTON
30 N. LaSalle Street, Suite 1400        Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-4045
Atty No. 06287125